**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DEIDRE PADILLA and CATHY REEVES,**

    **Plaintiffs,**

-vs-                                                                                          Case No.  6:10-cv-1410-Orl-31DAB

**ORANGE COUNTY DEPARTMENT OF**
**CORRECTIONS and SPECIALIZED**
**TREATMENT EDUCATION**
**PREVENTION SERVICES a/k/a STEPS,**

    **Defendants.**

_____

# ORDER

On September 23, 2010, Magistrate Judge Baker entered a Report and Recommendation (Doc. 4), recommending that Motions to Proceed *in forma pauperis* (Doc. Nos. 2 and 3) be DENIED.  Plaintiffs filed timely objections to the Report (Doc. 10), which are without merit.  Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge.  It is, therefore

    **ORDERED** that:

    1.   The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

    2.   The Motions to Proceed in forma pauperis are DENIED, without prejudice.

    3.   Plaintiffs have 14 days from the date of this Order in which to replead and renew motions to proceed *in forma pauperis*.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida on October 8, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE